

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FLYNN RICHARD COBB, JR.                                PLAINTIFF

VERSUS                              CIVIL ACTION NO. 5:07cv198-MTP

ADAMS COUNTY, et al.                                  DEFENDANTS

## JUDGMENT

This cause having come before the court on a Motion for Summary Judgment filed by Defendants [22], and a decision having been duly rendered by separate Memorandum Opinion and Order [30],

IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE and that all other pending motions, if any, are dismissed as moot.

THIS, the 24th day of March, 2009.

_____
United States Magistrate Judge